The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL N. WHITE, on behalf of FRIEDMAN RUBIN PLLP,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY,<br><br>    Defendants. | No. 2:23-cv-01499-JHC<br><br>**JOINT STATUS REPORT AND ORDER** |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, in connection with a FOIA request sent to the United States Department of the Navy ("Navy"). The parties previously notified the Court that they were conferring in good faith in an effort to discuss potential resolution of this action without motions practice or further litigation and jointly requested that this Court stay the litigation for 60 days, after which the parties would provide a status update. *See* Dkt. 7. This Court granted the request for a stay. *See* Dkt. 8.

Despite the parties' efforts, they have not reached a resolution of this FOIA litigation. While the parties are still continuing to try and resolve their dispute, the parties propose the following schedule, should a resolution not be reached. Navy expects to complete its FOIA

JOINT STATUS REPORT
(2:23-cv-01499-JHC) – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  response within approximately 30 days, after which the parties may meet and confer, and if no

2  resolution is reached, Plaintiff will file a motion for summary judgment on any remaining issues

3  in need of Court resolution within approximately 45 days. Navy may cross-move for summary

4  judgment in any opposition.

5       Therefore, the parties propose that by May 24, 2024, the parties will provide this Court

6  with a status update regarding any resolution, or, alternatively, Plaintiff may file a motion for

7  summary judgment.

8       Respectfully submitted this 8th day of March, 2024.

|  |  |
|---|---|
|  | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/Michael N. White* | *s/ Katie D. Fairchild* |
| Michael N. White, WSBA #28284 | Katie D. Fairchild, WSBA #47712 |
| FRIEDMAN\|RUBIN PLLP | Assistant United States Attorney |
| 1109 – 1st Avenue, Suite 501 | United States Attorney's Office |
| Seattle, WA 98101 | 700 Stewart Street, Suite 5220 |
| Phone: (206) 501-4446 | Seattle, WA 98101-1271 |
| Fax: (206) 623-0794 | Phone: (206) 553-7970 |
| Email: mwhite@friedmanrubin.com | Fax: (206) 553-4067 |
|  | Email: Katie.fairchild@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

JOINT STATUS REPORT
(2:23-cv-01499-JHC) – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 20th day of March, 2024.

*[signature]*
JOHN H. CHUN
United States District Judge

JOINT STATUS REPORT
(2:23-cv-01499-JHC) – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970