UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL N. WHITE, on behalf of FRIEDMAN RUBIN PLLP,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-01499-JHC<br><br>STIPULATED MOTION AND ORDER SETTING CROSS-BRIEFING SCHEDULE<br><br>NOTICE OF MOTION TO RENOTE DKT. 11<br><br>Noted for Consideration:<br>May 8, 2024 |

### STIPULATED MOTION FOR CROSS-BRIEFING SCHEDULE

Pursuant to LCR 7(k) and 7(l) the parties hereby jointly agree and stipulate to the following cross-motion summary judgment briefing schedule in this case. Therefore, Plaintiff's pending motion for summary judgment motion, Dkt. 11, should be re-noted consistent with the schedule below. *See* LCR 7(l).

| **Event** | **Proposed Deadline** |
|---|---|
| Plaintiff's Motion for Summary Judgment, Dkt. 11 | Previously filed |

| | |
|---|---|
| Defendant's Combined Opposition and Cross-Motion for Summary Judgment | 6/5/24 |
| Plaintiff's Combined Opposition and Reply in Support of Summary Judgment | 6/28/24 |
| Defendant's Reply | 7/17/24 |

**SO STIPULATED.**

DATED this 8th day of May, 2024.

TESSA M. GORMAN
United States Attorney

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-7970
Fax:  (206) 553-4067
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

s/ Michael N. White
MICHAEL N. WHITE, WSBA No. 28284
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
Phone: (206) 501-4446
Fax: (206) 623-0794
Email: mwhite@friedmanrubin.com

*Attorney for Plaintiff*

I certify that this memorandum contains 85 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The Court DIRECTS the Clerk to re-note the motion at Dkt. # 11 for July 17, 2024.

DATED this 8th day of May, 2024.

*[signature]*

JOHN H. CHUN
United States District Judge