UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL N. WHITE, on behalf of FRIEDMAN RUBIN PLLP,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY,<br><br>     Defendants. | No. 2:23-cv-01499-JHC<br><br>**STIPULATED MOTION TO STAY PENDING AGREED DISMISSAL**<br><br>NOTED FOR CONSIDERATION: May 31, 2024 |

  The parties anticipate that they will soon reach an agreement for this action to be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), however, they need additional time before they are prepared to file a stipulated dismissal. Therefore, in order to conserve Court resources and also the parties' resources, the parties stipulate that there is good cause to stay this litigation and suspend further motions practice for sixty days (60), after which the parties expect to file a stipulated dismissal, or otherwise advise the Court as to the status of this matter.

Respectfully submitted this 31st day of May, 2024.

| | |
|---|---|
| FRIEDMAN\|RUBIN, PLLP | TESSA M. GORMAN<br>United States Attorney |
| *s/ Michael N. White*<br>Michael N. White, WSBA #28284<br>1109 – 1st Avenue, Suite 501<br>Seattle, WA 98101<br>Phone: (206) 501-4446<br>Fax: (206) 623-0794<br>Email: mwhite@friedmanrubin.com<br><br>*Attorney for Plaintiff* | *s/ Katie D. Fairchild*<br>Katie D. Fairchild, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4067<br>Email: Katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>I certify that this memorandum contains 93 words, in compliance with the Local Civil Rules. |

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED and this matter is STAYED for sixty (60) days..

DATED this 3rd day of June, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge