UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIEDMAN RUBIN PLLP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | CASE NO. 2:23-cv-01499-JHC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Given the Court's order of June 3, 2024, staying this matter, Dkt. # 16, the Court STRIKES Plaintiff's Motion for Summary Judgment, Dkt. # 11. If this matter does not resolve as anticipated by the parties, after the stay, Plaintiff may ask the Court to note the motion.

Dated this 10th day of July, 2024.

John H. Chun
United States District Judge

ORDER - 1